UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLNE MARTINEZ,

                    Plaintiff,

          -against-

DEPARTMENT OF CORRECTIONS, ET
AL.,

                    Defendants.

25cv 9132 (LTS)

CIVIL JUDGMENT

          For the reasons stated in the March 3, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:    March 6, 2026
            New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge